Ernst Construction Company, appellant, v. Joe Buzynski, appellee. Gen. No. 34,249.

Heard in the second divi-

sion of this court for the first district at the April term, 1930. ■
 Opinion filed October 14, 1930.
John Wm. Chapman, for appellant. No appearance for appellee.
Mr. Presiding Justice Scanlan delivered the opinion of the court.